UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**MITCHELL D. TECONCHUK**                                                                                      **PLAINTIFF**
ADC #158686

V.                                        No. 1:19-CV-00095-JM-JTR

**STEVEN RICKETTS**, Deputy Warden,
Grimes Unit, ADC, *et al.*                                                                                       **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal from Magistrate Judge J. Thomas Ray and the objections filed by Plaintiff. After careful consideration and a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Defendants' Motions for Summary Judgment (Docs. 31 and 41) are GRANTED. Mr. Teconchuck's claims are DISMISSED, without prejudice. All other pending motions are DENIED as moot.

IT IS SO ORDERED this 14th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE