UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**MITCHELL D. TECONCHUK**                                                              **PLAINTIFF**
**ADC #158686**

V.                          No. 1:19-CV-00095-JM-JTR

**STEVEN RICKETTS, Deputy Warden,**
**Grimes Unit, ADC,** *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 14th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE